```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ROGER EDWARD JEROME BIEROS        :        CIVIL ACTION

      VS.                        :

WARDEN, STATE FACILITY            :
HUNTINGDON - GRACE, J.L.,
and the DISTRICT ATTORNEY         :
of the COUNTY OF PHILADELPHIA
and the ATTORNEY GENERAL of       :        NO. 07-CV-238
the STATE of PENNSYLVANIA

ORDER

      AND NOW, this 13th day of June, 2007, upon consideration of the pleadings and the record herein and after a review of the Report and Recommendation of Chief Magistrate Charles B. Smith and the Petitioner's objections thereto, it is hereby ORDERED that:

      1) The Report and Recommendation is APPROVED and ADOPTED.

      2) The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. §2254 is DENIED.

      3) There is no probable cause to issue a certificate of appealability.

      It is so ORDERED.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.